UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE G., <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; MARK FITZPATRICK; and DOES 1 THROUGH 200, INCLUSIVE, <br><br> Defendants. | Case No.: 2:09-cv-04802-PA-RC <br><br> **STIPULATION AND ORDER REMANDING TO STATE COURT** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties to this action: (1) plaintiff Grace G. by and through her attorneys of record, Keith M. Davidson, Esq. of Davidson & Associates, P.l.C.; (2) defendant Los Angeles County Sheriff's Department, by and through their attorneys of record, Thomas C. Hurrell, Esq. and Lisa Y. An, Esq. of Hurrell Cantrall LLP; and (3) defendant Mark Fitzpatrick by and through his attorneys of record, Gilbert Nishimura of Seki Nishimura & Watase, LLP, as follows:

1. On May 22, 2009, plaintiff Grace G. commenced this action by filing a complaint in the Superior Court of California, County of Los Angeles, South Central District.
2. Plaintiffs complaint alleged among other things a violation of plaintiff's Federal Civil Rights as annunciated under 42 U.S.C. §1983.

STIPUATION AND ORDER REMANDING TO STATE COURT

DAVIDSON & ASSOCIATES, P.L.C.
8383 Wilshire Blvd., No. 510
Beverly Hills, CA 90211
Tel. (323) 658-5444~ Fax.
(323) 658-5424

3. On July 2, 2009, all named defendants joined in removing the action to this Court citing 28 U.S.C. 1441(b) and 28 U.S.C.1443(2).

4. On July 13, 2009, plaintiff filed her first amended complaint in the Superior Court for the State of California, County of Los Angeles.

5. The First Amended Complaint filed in State Court on contains no federal claims.

6. Plaintiff Grace G. agrees to dismiss all federal causes of action against defendants from the Complaint.

7. All parties respectfully request that the Court enter the order below remanding this action to the Superior Court for the State of California, County of Los Angeles, South Central District.

SO STIPULATED.
Dated: July 17, 2009

| Counsel for Plaintiff:<br>Grace G. | Counsel for Defendant:<br>Los Angeles County Sherriff's Dept. | Counsel for Defendant:<br>Mark Fitzpatrick |
|---|---|---|
| Davidson & Associates, P.L.C. | Hurrell Cantrall, LLP | Seki Nishimura & Watase, LLP |
| By: [signature]<br>SBN: 212216 | By: See Attached Sig Pg<br>SBN: | By: See Attached Sig Pg<br>SBN: |
| 8383 Wilshire Boulevard<br>Suite 510<br>Beverly Hills, CA 90211<br>(323) 658-5444 | 660 South Figueroa St., 21st Floor<br>Los Angeles, California 90017<br>Tel (213) 426-2000 | Seki Nishimura & Watase, LLP<br>1055 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90017 |

///

///

///

STIPUATION AND ORDER REMANDING TO STATE COURT

DAVIDSON & ASSOCIATES, P.L.C.
8383 Wilshire Blvd., No. 510
Beverly Hills, CA 90211
Tel. (323) 658-5444~ Fax.
(323) 658-5424

JUL-17-2009 09:50AM FROM-HURRELL CANTRALL 213 426 2020 T-270 P.003/004 F-290

3. On July 2, 2009, all named defendants joined in removing the action to this Court citing 28 U.S.C. 1441(b) and 28 U.S.C.1443(2).

4. On July 13, 2009, plaintiff filed her first amended complaint in the Superior Court for the State of California, County of Los Angeles.

5. The First Amended Complaint filed in State Court on contains no federal claims.

6. Plaintiff Grace G. agrees to dismiss all federal causes of action against defendants from the Complaint.

7. All parties respectfully request that the Court enter the order below remanding this action to the Superior Court for the State of California, County of Los Angeles, South Central District.

SO STIPULATED.
Dated: July ___, 2009

| Counsel for Plaintiff: | Counsel for Defendant: | Counsel for Defendant: |
|---|---|---|
| Grace G. | Los Angeles County Sherriff's Dept. | Mark Fitzpatrick |
| Davidson & Associates, P.L.C. | Hurrell Cantrall, LLP | Seki Nishimura & Watase, LLP |
| By: _____ SBN: 212216 | By: _____ SBN: 242916 | By: _____ SBN: 57905 |
| 8383 Wilshire Boulevard Suite 510 Beverly Hills, CA 90211 (323) 658-5444 | 660 South Figueroa St., 21st Floor Los Angeles, California 90017 Tel (213) 426-2000 | Seki Nishimura & Watase, LLP 1055 Wilshire Blvd., Suite 1900 Los Angeles, CA 90017 |

///
///
///

STIPULATION AND ORDER REMANDING TO STATE COURT

DAVIDSON & ASSOCIATES, P.L.C.
8383 Wilshire Blvd., No. 510
Beverly Hills, CA 90211
Tel. (323) 658-5444- Fax.
(323) 658-5424

**ORDER**

Based on the parties' stipulation, this matter is hereby remanded to the Superior Court of California for Los Angeles County, South Central District.   IT IS SO ORDERED.

_____
THE HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

Davidson & Associates, PLC
By: Keith M. Davidson, Esq.

STIPUATION AND ORDER
REMANDING TO STATE
COURT

DAVIDSON & ASSOCIATES, P.L.C.
8383 Wilshire Blvd., No. 510
Beverly Hills, CA 90211
Tel. (323) 658-5444~ Fax.
(323) 658-5424